JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA MASON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ARAM RETAIL LLC, a Delaware Limited Liability Company; MICHAEL ARAM INC., a New Jersey corporation, and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: CV 21-4965-MWF (JPRx)<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Complaint filed:   June 17, 2021 |

///
///
///
///
///
///
///
///

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On January 21, 2022, Plaintiff filed a notice of voluntary dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) [Dkt. 38].

Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice. Each party must bear its own costs and attorneys' fees. The Clerk of Court is instructed to terminate all pending motions and deadlines, and close the case.

**IT IS SO ORDERED.**

Dated:  January 24, 2022                         _____
                                                 MICHAEL W. FITZGERALD
                                                 United States District Judge